DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVANTE K. ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1177

[July 16, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 062019CF005935A88810.

Devante K. Allen, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***